Jennifer L. Bryant
1280 Park Vista Drive
Atlanta, GA 30319
678-575-9042

March 12, 2014

The Honorable Judge Barabra Ellis-Monro
United States Bankruptcy Court
Northern District of Georgia
Room 1431 U.S. Courthouse
75 Spring Street SW
Atlanta, Georgia 30303

Re: Case No. 12-56193-BEM

Dear Honorable Judge Ellis-Monro,

I write to inform the courts that my normal monthly income of $3000 for assorted services (using my home to host gatherings and events, providing food and drink, and transportation when necessary, as well as personal assistant services) will be raised to $5000 in April 2014.

Sincerely,

*[signature]*
Jennifer Bryant

*[signature]*
EVANDER Holyfield

Signed before me, by Jennifer Bryant & Evander Holyfield, on March 12, 2014.

*[signature]*

KEVIN L MCLEAN
Notary Public
Fulton County
State of Georgia
My Commission Expires Oct 20, 2017

## Certificate of Service

This is to certify that I have this day served the parties listed below with a copy of this letter by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon addressed as follows:

David S. Weidenbaum, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street
Atlanta, GA 30303

Brandi R. Lesesne
SunTrust Mortgage, Inc
1587 Northeast Expressway
Atlanta, GA 30329

A. Michelle Hart Ippoliti, Esq.
McCalla Raymer, LLC
1544 Old Alabama Rd
Roswell, GA 30076

John Frazier, Esq.
Lazega & Johansen, LLC
520 Piedmont Road, NE
Suite 415
Atlanta, GA 30305

Vine Solutions Realty
10 Glenlake Parkway
Suite 130
Sandy springs, GA 30328

IRS
PO Box 7346
Philadelphia, PA 19101

FIA card services
4161 Piedmont parkway
NC4 105 03 14
Greensboro, NC 27410

Atwood Law Firm, P.C
1515 Newcastle St.
Brunswick, GA 31520

Circle Bend HOA
PO Box 5412
Brandon, MS 39047

Julie Howard
Weissman, Mowack, Curry & Wilco, P.C.
One Alliance Center, 4th Floor
3500 Lenox Road, NE
Atlanta, GA 30326

Howe & Associates
4385 Kimball Bridge Rd, Ste. 100
Alpharetta, GA 30022

BNY Mellon
Shuping, Morse, Ross LLP
Attn: BK Dept.
6259 Riverdale Rd
Riverdale, GA 30274

Abbey M. Ulsh, Esq.
Barrett Daffin Frappier Levine & Block, LLP
15000 Surveyor Blv. Suite 100
Addison, TX 75001

This 12 day of March

Jennifer Bryant, Debtor

**LEASE CONTRACT**

I, Jennifer Bryant, enter into this contract with Mr. Alan Dobson this 1st day of February 2014 for the rental of land known as 531 Raymond Road, Jackson, MS 39204. The tenant is responsible for cutting grass and manicuring trees. The water is the responsibility of the tenant if you wish to have service. Land lease starts March 15, 2014 to March 14, 2015 and lease amount is $300.00 per month.

X _____
Mr. Alan Dobson
Leasee

X _____
Ms. Jennifer Bryant
Leasor