# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE: Jennifer Bryant

Case No.: 12-56193

Chapter: 7

Debtor(s)

**Motion For Hearing with Correction of Abandonment**

Mr. Pettie, "US Trustee's Attorney" spoke in March 2019 for the legal correction of two properties that has been held in Bankruptcy for 7½ years that is facing Legal Actions. There was to be proper, legal documentation inserted into court for propertys in Mississippi and Texas. This is one matter according to law, that should be handled in Court.

Thank You,
Jennifer Bryant

Dated: 08/13/2019

Signature: [signature]

Printed Name: Jennifer Bryant

Address: P.O. Box 191431
Atlanta GA 31119

Phone: 678-575-9042

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: _Jennifer Bryant_ )  Case No: _12-56193_
_____ )  Chapter
_____ )
                       )
                       )
       Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _13_ day of _Aug_, 20_19_, I served a copy of _Motion for Hearing with Correction of Abandonment_ which was filed in this bankruptcy matter on the _13_ day of _Aug_, 20_19_

Mode of service (check one):    ⭕ MAILED    ⭕ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
_Jason L. Pettie P.O.Box 17936 Atl GA 30316_   _See Attachment_
_____   _____
_____   _____
_____   _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: _08/13/2019_    Signature: _[signature]_

Printed Name: _Jennifer Bryant_

Address: _P.O. Box 19143_
_Atlanta, GA 31119_
_678-575-9042_

Phone:

(Generic Certificate of Service – Revised 4/13)

**12-56193-sms** Jennifer Lavette Bryant
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Sage M. Sigler
**Date filed:** 03/06/2012 **Date of last filing:** 05/14/2019
**Debtor discharged:** 05/06/2015

# Creditors

**A. Michelle Hart Ippoliti**
McCalla Raymer, LLC
1544 Old Alabama Rd
Roswell, GA 30076-0000

(16540907)
(cr)

**Atlantic 17th Residential**
Condominium Association, Inc.
C/O Lazega & Johanson, LLC
3520 Piedmont Road, Suite 415
Atlanta, GA 30305

(16799841)
(cr)

**Atlantic 17th Residential Condo Assoc.**
361 17th Street NW
Atlanta, GA 30363

(16540908)
(cr)

**Atlantic 17th Residential Condo Assoc.**
361 17th St.
Atlanta, GA 30363

(15604404)
(cr)

**Atwood Law Firm**
1515 Newcastle St.
Brunswick, GA 31520

(16816679)
(cr)

**Atwood Law Firm**
1515 Newcastle St.
Brunswick, GA 31520

(16793946)
(cr)

**Bank Of America**
P.O. Box 650260
Dallas, TX 75265-0260

(16793947)
(cr)

**Bank Of America**
P.O. Box 650260
Dallas, TX 75265-0260

(16816680)
(cr)

**Bank Of NY Mellon**
BNY Mellon Center, Room 3118
Pittsburg, PA 15258

(16540909)
(cr)

**Bayview Loan Servicing, LLC**
c/o Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092

(20291618)
(cr)

**BOA**  
9700 Bissonnet St.  
Suite 1500  
Houston, TX 77036

(15604396)  
(cr)

**Brandi R. Lesesne, Esq.**  
Johnson & Freedman, LLC  
1587 Northeast Expressway  
Atlanta, GA 30329-0000

(16540910)  
(cr)

**Chapes-JPL**  
3355 Lenox Road  
Suite 875  
Atlanta, GA 30326

(16540911)  
(cr)

**Chase**  
3415 Vision Drive  
Columbus, OH 43219

(16816681)  
(cr)

**Chase**  
3415 Vision Drive  
Columbus, OH 43219

(15604395)  
(cr)

**Chase**  
3415 Vision Drive  
Columbus, OH 43219

(16793948)  
(cr)

**Chase**  
3415 Vision Drive  
Columbus, OH 43219

(16540912)  
(cr)

**Chase Bank**  
2210 Enterprise Dr.  
Florence, SC 29501

(16816682)  
(cr)

**Chase Bank**  
2210 Enterprise Dr.  
Florence, SC 29501

(16793949)  
(cr)

**Circle Bend Homeowners Association**  
P.O Box 5412  
Brandon, MS 39047

(16816683)  
(cr)

**Circle Bend Homeowners Association**  
P.O Box 5412  
Brandon, MS 39047

(16793950)  
(cr)

**Convergent Commercial**  
925 Westchester Ave  
Ste 101  
White Plains, NY 10604

(16540913)  
(cr)

**Credit Collection Services**  
Check Processing Center -27

(16793951)

PO Box 55126  
Boston, MA 02205-5126

(cr)

**Credit Collection Services**  
Check Processing Center -27  
PO Box 55126  
Boston, MA 02205-5126

(16816684)  
(cr)

**Culberson County Tax Offce**  
Amalia Hernandez, Tax Assessor  
P.O. Box 668 300 La Caverna Dr.  
Van Horn, TX 79855-0668

(16793952)  
(cr)

**Culberson County Tax Offce**  
Amalia Hernandez, Tax Assessor  
P.O. Box 668 300 La Caverna Dr.  
Van Horn, TX 79855-0668

(16816685)  
(cr)

**Dekalb County**  
330 W Ponce DeLeon Ave  
Decatur, GA 30030

(16793953)  
(cr)

**Dekalb County**  
330 W Ponce DeLeon Ave  
Decatur, GA 30030

(16816686)  
(cr)

**FIA CARD SERVICES, N.A.**  
as successor in interest Bank of America  
4161 Piedmont Parkway  
NC4 105 03 14  
Greensboro, NC 27410

(16451415)  
(cr)

**Heritage c/o Property Mngmt.**  
The Habersham of Buckhead Unit  
Owners Assoc.  
500 Sugar Mill Rd., Ste 200B  
Atlanta, GA 30350

(15604405)  
(cr)

**Hinds County Tax Collector**  
P.O. Box 1727  
Jackson, MS 39125-1720

(16793954)  
(cr)

**Hinds County Tax Collector**  
P.O. Box 1727  
Jackson, MS 39125-1720

(16816687)  
(cr)

**Howe & Associates**  
4385 Kimball Bridge Rd.  
Alpharetta, GA 30022

(15604397)  
(cr)

**Howe & Associates**  
4385 Kimball Bridge Rd.  
Suite 100

(16540914)  
(cr)

Alpharetta, GA 30022

**Internal Revenue Service**  
ACS Support - Stop 5050  
P.O. Box 219236  
Kansas City, MO 64121-9236

(16793955)  
(cr)

**INTERNAL REVENUE SERVICE**  
P O BOX 7346  
2970 MARKET STREET  
PHILADELPHIA, PA. 19101-7317

(16537398)  
(cr)

**Internal Revenue Service**  
ACS Support - Stop 5050  
P.O. Box 219236  
Kansas City, MO 64121-9236

(16816688)  
(cr)

**JS Lazega**  
Ste. 415  
3520 Piedmont Rd. NE  
Atlanta, GA 30305-1516

(16816689)  
(cr)

**JS Lazega**  
Ste. 415  
3520 Piedmont Rd. NE  
Atlanta, GA 30305-1516

(16793956)  
(cr)

**Lefkoff, Rubin & Bleason, PC**  
5555 Glenridge Connector  
Suite 900  
Atlanta, GA 30342

(16540915)  
(cr)

**Lefkoff, Rubin & Gleason, P.C.**  
5555 Glenridge Connector  
Suite 900  
Atlanta, GA 30342

(15604398)  
(cr)

**M. Andrew Kauss, Roseanne Kauss**  
and Ville de Vista Homeowners Assoc., In  
c/o Paul M. Rosenblatt, Esq.  
Kilpatrick Townsend & Stockton LLP  
1100 Peachtree St., Suite 2800  
Atlanta, GA 30309

(16760369)  
(cr)

**Ms Ayzia Ward**  
361 17th Street Unit 2017  
Atlanta, GA 30363-0000

(16540916)  
(cr)

**Ms Evette Holyfield & Mr. Ewin Holyfield**  
361 17th St. Unit 1724  
Atlanta, GA 30363-0000

(16540917)  
(cr)

**Ms. Angela Chlress**

(16540918)

    107A Bent Creek Cir     (cr)
    Brandon, MS 00000-0000

**Ms. Noni Smith-Nicolos**     (16540919)
3475 Oak Valley Rd. Unit 670     (cr)
Altanta, GA 30326-0000

**Ms. Savanna Guyette-Waldrop**     (16540920)
3655 Habersham Rd. Unit A-320     (cr)
Atlanta, GA 30305-0000

**Nationwide Credit Inc.**     (16540921)
2002 Summit Blvd Ste 600     (cr)
Atlanta, GA 30319-1559

**North Shore Agency**     (16540922)
PO Box 9205     (cr)
Old Bethpage, NY 11804-9005

**Northstar Locations Svcs. LLC**     (15604399)
4285 Genesee St.     (cr)
Cheektowaga, NY 14225-1943

**Office of the United States Trustee**     (18600957)
362 Richard B. Russell Building     (adm)
75 Spring Street, S.W.
Atlanta, GA 30303

**Paul M. Rosenblatt, Esq.**     (16540923)
Kilpatrick, Townsend & Stockton LLP     (cr)
1100 Peachtree Street NE Suite 2800
Atlanta, GA 30309-4530

**Paul M. Rosenblatt, Esq.**     (16816690)
Kilpatrick, Townsend & Stockton LLP     (cr)
1100 Peachtree Street NE Suite 2800
Atlanta, GA 30309-4530

**Paul M. Rosenblatt, Esq.**     (16793957)
Kilpatrick, Townsend & Stockton LLP     (cr)
1100 Peachtree Street NE Suite 2800
Atlanta, GA 30309-4530

**Preferred Tax Services, Inc.**     (16540924)
3520 Piedmont Rd.     (cr)
Suite 200
Atlanta, GA 30305

**Rankin County Tax Collector**     (16816691)
211 E. Government St. Suite B     (cr)
Brandon, MS 39042-3269

**Rankin County Tax Collector**     (16793958)
211 E. Government St. Suite B

Brandon, MS 39042-3269 (cr)

**Real Time Resolutions, Inc agent for**
JP Morgan Chase Bank
1349 Empire Central Dr
Suite 150
Dallas, TX 75247-

(16631395)
(cr)

**Real Time Resolutions, Inc.**
1750 Regal Row, Suite 120
P.O. Box 36655
Dallas, TX 75235

(15604400)
(cr)

**Real Time Resolutions, Inc.**
1349 Empire Central, Suite #150
PO Box 36655
Dallas, Texas 75247-4029

(16806041)
(cr)

**Sally Choate Fox**
403 West Ponce de Leon Ave
Suite 112
Decatur, GA 30030-0000

(16793959)
(cr)

**Sally Choate Fox**
403 West Ponce de Leon Ave
Suite 112
Decatur, GA 30030-0000

(16816692)
(cr)

**State Farm Insurance**
PO Box 106145
Atlanta, GA 30348-6145

(16540925)
(cr)

**Suntrust Bank**
PO Box 85092
Richmond, VA 2328

(15604402)
(cr)

**Suntrust Bank**
Bankruptcy Dept. PVW 3034
P.O. Box 27767
Richmond, VA 23261

(15604401)
(cr)

**Suntrust Mortgage**
P.O. Box 26149
Richmond, VA 23260-6149

(15604403)
(cr)

**Suntrust Mortgage**
P.O. Box 27767
Richmond, VA 23260-1000

(16540926)
(cr)

**SunTrust Mortgage, Inc.**
C/O Brandi R. Lesesne
1587 Northeast Expressway
Atlanta, GA 30329

(16799779)
(cr)

| | | |
|---|---|---|
| **SunTrust Mortgage, Inc.**<br>Bankruptcy Department RVW 3034<br>PO Box 27767<br>Richmond, VA 23261 | (16798288)<br>(cr) | |
| **The Bank of New York Mellon**<br>C/O Shuping, Morse & Ross, LLP<br>Attn: BK Dept<br>6259 Riverdale Road<br>Riverdale, GA 30274 | (16871146)<br>(cr) | |
| **The Bank of New York Mellon**<br>C/O Shuping, Morse & Ross, LLP<br>Attn: BK Dept<br>6259 Riverdale Road<br>Riverdale, GA 30274 | (16863595)<br>(cr) | |
| **The Cobb Law Firm**<br>C/O Jason Hunsucker<br>500 Sugar Mill Rd. Bldg B Ste 200<br>Atlanta, GA 30350 | (16816693)<br>(cr) | |
| **The Cobb Law Firm**<br>C/O Jason Hunsucker<br>500 Sugar Mill Rd. Bldg B Ste 200<br>Atlanta, GA 30350 | (16793960)<br>(cr) | |
| **The Habersham of Buckhead Unit**<br>c/o Julie Howard<br>3500 Lenox Road, Fourth Floor<br>Atlanta, GA 30326 | (16652419)<br>(cr) | |
| **The Oaks At Buckhead**<br>3475 Oak Valley Rd.<br>Atlanta, GA 30326 | (16793961)<br>(cr) | |
| **The Oaks At Buckhead**<br>3475 Oak Valley Rd.<br>Atlanta, GA 30326 | (16816694)<br>(cr) | |
| **The Oaks at Buckhead Condominium Assoc., Inc.**<br><br>c/o Julie Howard<br>Weissman, Nowack, Curry & Wilco, P.C.<br>3500 Lenox Road, Fourth Floor<br>Atlanta, GA 30326 | (16754229)<br>(cr) | |
| **Villa de Vista Homeowners Association**<br>1284 Park Vista Dr.<br>Atlanta, GA 30319 | (16540927)<br>(cr) | |
| **Ville de Vista Homeowners Association, Inc.**<br>c/o Paul M. Rosenblatt, Esq. | | |

| | |
|---|---|
| Kilpatrick Townsend & Stockton LLP<br>1100 Peachtree St., Suite 2800<br>Atlanta, GA 30309 | (16760313)<br>(cr) |
| **Vine Solutions Realty, LLC**<br>10 Glenlake Parkway<br>Suite #130<br>Sandy Springs, GA 30328 | (16672962)<br>(cr) |
| **Vine Solutions Realty, LLC**<br>10 Glen Lake Pkwy<br>Ste 130<br>Sandy Springs, GA 30328 | (16540928)<br>(cr) |
| **Weissman, Nowack, Curry & Wilco**<br>One Alliance Center, 4th Floor<br>3500 Lenox Rd<br>Atlanta, GA 30326 | (16540929)<br>(cr) |
| **Weissman,Nowack, Curry & Wilco, PC**<br>3500 Lenox Rd<br>One Alliance Center 4th Floor<br>Atlanta, GA 30326 | (16540930)<br>(cr) |