IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **12-56193**-SMS |
| | ) | |
| **JENNIFER LAVETTE BRYANT** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

COMES NOW Jason L. Pettie, Chapter 7 Trustee, and files this Notice that Trustee is remitting to the Registry of the Clerk of the United States Bankruptcy Court, on behalf of Jennifer Lavette Bryant (the "Debtor"), a payment in the amount of $26,627.44 for the Debtor's surplus funds.  These funds are being remitted to the Registry because the Debtor has not claimed these funds.  Trustee has tried twice to mail said payment to the Debtor's post office box address, which most recently was sent via priority mail requesting signature confirmation. However the Debtor never claimed the priority mail envelope, and the United States Postal Service returned the payment to Trustee.

Respectfully submitted

_/s/_____
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984

1

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that I have, on this date, served a copy of Trustee's Notice Of Deposit Of Unclaimed Funds on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed.

/s/_____
Jason L. Pettie, Trustee
Georgia Bar No. 574783

Jennifer Lavette Bryant
P.O. Box 191431
Atlanta, GA 31119

Office of the U.S. Trustee
Rm 362, Russell Federal Bldg
75 Ted Turner Dr SW
Atlanta, Georgia  30303

Clerk, U.S. Bankruptcy Court
Rm 1340, Russell Federal Bldg
75 Ted Turner Dr SW
Atlanta, Georgia  30303