### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-56193-SMS |
| | § | |
| JENNIFER LAVETTE BRYANT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Jason L. Pettie, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $554,551.49 | Assets Exempt: | $1,290,100.00 |
| Total Distributions to Claimants: | $28,940.97 | Claims Discharged Without Payment: | $56,910.76 |
| Total Expenses of Administration: | $30,431.59 | | |

3)      Total gross receipts of $86,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $26,627.44 (see **Exhibit 2**), yielded net receipts of $59,372.56 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,150,230.84 | $659,349.64 | $659,349.64 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $27,306.59 | $27,306.59 | $27,306.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $3,125.00 | $3,125.00 | $3,125.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $6,101.30 | $6,101.30 | $6,101.30 |
| General Unsecured Claims (from **Exhibit 7**) | $65,487.26 | $147,036.60 | $22,475.79 | $22,839.67 |
| **Total Disbursements** | $2,215,718.10 | $842,919.13 | $718,358.32 | $59,372.56 |

4). This case was originally filed under chapter 7 on 03/06/2012. The case was pending for 91 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/17/2019</u>                By:   <u>/s/ Jason L. Pettie</u>
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 107 A Bent Creek CirLot 158, Northwoods subdivisionBrandon [Rankin County], MSPPIN 060740 | 1110-000 | $65,000.00 |
| 2000 Porche Boxter | 1129-000 | $17,000.00 |
| counter-claim against Ville de Vista HOA | 1249-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | $86,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Court (Claim No.; JENNIFER LAVETTE BRYANT) | Surplus Funds | 8200-001 | $26,627.44 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $26,627.44 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | SunTrust Mortgage, Inc. | 4110-000 | $688,250.00 | $390,282.44 | $390,282.44 | $0.00 |
| 11 | The Bank of New York Mellon | 4110-000 | $310,000.00 | $269,067.20 | $269,067.20 | $0.00 |
| | Chase | 4110-000 | $992,050.00 | $0.00 | $0.00 | $0.00 |
| | Lefkoff, Rubin & Bleason, PC | 4110-000 | $159,930.84 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,150,230.84 | $659,349.64 | $659,349.64 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jason L. Pettie, Trustee | 2100-000 | NA | $6,218.63 | $6,218.63 | $6,218.63 |
| Jason L. Pettie, Trustee | 2200-000 | NA | $34.00 | $34.00 | $34.00 |
| International Sureties, | 2300-000 | NA | $127.66 | $127.66 | $127.66 |

| | | | | | |
|---|---|---|---|---|---|
| Ltd | | | | | |
| Seller Credit toward closing costs | 2500-000 | NA | $2,416.50 | $2,416.50 | $2,416.50 |
| Independent Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Integrity Bank | 2600-000 | NA | $2,890.43 | $2,890.43 | $2,890.43 |
| Clerk U.S. Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| 2014 & 2015 County Ad Valorem taxes | 2820-000 | NA | $2,713.23 | $2,713.23 | $2,713.23 |
| County taxes (pro-rated for 2016) | 2820-000 | NA | $764.10 | $764.10 | $764.10 |
| Office of the United States Trustee | 2950-000 | NA | $652.21 | $652.21 | $652.21 |
| Waste Management Invoice from County | 2990-000 | NA | $150.00 | $150.00 | $150.00 |
| Jason L. Pettie, P.C., Attorney for Trustee | 3110-000 | NA | $1,650.00 | $1,650.00 | $1,650.00 |
| Stonebridge Accounting & Forensics LLC, Accountant for Trustee | 3410-000 | NA | $2,815.50 | $2,815.50 | $2,815.50 |
| Stonebridge Accounting & Forensics LLC, Accountant for Trustee | 3420-000 | NA | $81.33 | $81.33 | $81.33 |
| real estate commission, Realtor for Trustee | 3510-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $27,306.59 | $27,306.59 | $27,306.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Atwood Law Firm PC, Special Counsel | 6210-600 | NA | $1,425.00 | $1,425.00 | $1,425.00 |
| Julien's Entertainment (employment approved by DN 80), Auctioneer | 6610-000 | NA | $1,700.00 | $1,700.00 | $1,700.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $3,125.00 | $3,125.00 | $3,125.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $6,101.30 | $6,101.30 | $6,101.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,101.30 | $6,101.30 | $6,101.30 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | $0.00 | $52,865.45 | $0.00 | $0.00 |
| 3 | Real Time Resolutions, Inc agent for | 7100-000 | $0.00 | $58,350.00 | $0.00 | $0.00 |
| 4 | The Habersham of Buckhead Unit | 7100-000 | $0.00 | $3,961.38 | $3,711.38 | $3,711.38 |
| 5 | Vine Solutions Realty, LLC | 7100-000 | $1,576.50 | $1,175.00 | $1,000.00 | $1,000.00 |
| 6 | The Oaks at Buckhead Condominium Assoc., Inc. | 7100-000 | $0.00 | $8,014.41 | $7,764.41 | $7,764.41 |
| 7 | Ville de Vista Homeowners Association, Inc. | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| 8 | M. Andrew Kauss, Roseanne Kauss | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | Atlantic 17th Residential | 7200-000 | $0.00 | $22,670.36 | $10,000.00 | $10,000.00 |
| | Atlantic 17th Residential Condo Association, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $127.33 |
| | INTERNAL REVENUE SERVICE | 7990-000 | $0.00 | $0.00 | $0.00 | $77.69 |
| | The Habersham of Buckhead Unit | 7990-000 | $0.00 | $0.00 | $0.00 | $47.26 |
| | The Oaks at Buckhead Condominium Assoc., Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $98.87 |
| | Vine Solutions Realty, LLC | 7990-000 | $0.00 | $0.00 | $0.00 | $12.73 |
| | Atlantic 17th Residential Condo Assoc. | 7100-000 | $15,479.24 | $0.00 | $0.00 | $0.00 |
| | Chapes-JPL | 7100-000 | $5,600.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Convergent Commercial | 7100-000 | $114.21 | $0.00 | $0.00 | $0.00 |
| Howe & Associates | 7100-000 | $20,798.88 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit Inc. | 7100-000 | $132.72 | $0.00 | $0.00 | $0.00 |
| North Shore Agency | 7100-000 | $399.95 | $0.00 | $0.00 | $0.00 |
| Preferred Tax Services, Inc. | 7100-000 | $954.94 | $0.00 | $0.00 | $0.00 |
| State Farm Insurance | 7100-000 | $1,882.00 | $0.00 | $0.00 | $0.00 |
| Weissman, Nowack, Curry & Wilco | 7100-000 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| Weissman,Nowack, Curry & Wilco, PC | 7100-000 | $4,048.82 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $65,487.26 | $147,036.60 | $22,475.79 | $22,839.67 |

**FORM 7**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No:   1          Exhibit 8

| | | |
|---|---|---|
| Case No.: | 12-56193-SMS | |
| Case Name: | BRYANT, JENNIFER LAVETTE | |
| For the Period Ending: | 10/17/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Jason L. Pettie | |
| Date Filed (f) or Converted (c): | 03/06/2012 (f) | |
| §341(a) Meeting Date: | 04/13/2012 | |
| Claims Bar Date: | 03/01/2013 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   Condo:  361 17th St, #1724 Atlanta, GA  30363 | $146,800.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**     verified security deed - abandon | | | | | |
| 2   3475 Oak Valley Rd, Unit 670 Atlanta, GA  30326 | $160,900.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**     verified security deed - abandon | | | | | |
| 3   parcel#2966-589-2 Clinton Raymond Rd [Hinds County], MS | $2,000.00 | $7,844.39 | OA | $0.00 | FA |
| **Asset Notes:**     255.61 taxes due as of 2014 | | | | | |
| 4   Parcel#2966-589-3 Clinton Raymond Rd [Hinds County], MS | $2,000.00 | $844.39 | OA | $0.00 | FA |
| **Asset Notes:**     $255.61 taxes due as of 2014 | | | | | |
| 5   Parcel#2966-589-4 Clinton Raymond Rd [Hinds County], MS | $2,000.00 | $7,844.39 | OA | $0.00 | FA |
| **Asset Notes:**     $255.61 owed in taxes as of 2014 | | | | | |
| 6   Residence: 1280 Park Vista Dr, Atlanta, GA 30319-9998 | $450,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**     verified 1st sec deed rec 8/01  824,347 and Chase Loan (originated 2003 rec 2/03)  172,191 | | | | | |
| 7   3655 Habersham Rd, Unit A-320 Atlanta, GA  30305 | $55,100.00 | $0.00 | OA | $0.00 | FA |
| 8   361 17th St, Unite 2017 Atlanta, GA  30363 | $109,000.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**     0035981406 SunTrust Loan   principal  229,897 verified sec deeds rec 3/06 | | | | | |
| 9   361 17th St, Unit 2006 Atlanta, GA  30363 | $116,600.00 | $0.00 | OA | $0.00 | FA |
| **Asset Notes:**     0035981729 SunTrust Loan | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    2          Exhibit 8

| Case No.: | 12-56193-SMS | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | BRYANT, JENNIFER LAVETTE | Date Filed (f) or Converted (c): | 03/06/2012 (f) |
| For the Period Ending: | 10/17/2019 | §341(a) Meeting Date: | 04/13/2012 |
| | | Claims Bar Date: | 03/01/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | foreclosed Aug 2, 2011 | | | | | |
| **Ref. #** | | | | | | |
| 10 | 107 A Bent Creek Cir Lot 158, Northwoods subdivision Brandon [Rankin County], MS PPIN 060740 | $60,000.00 | $63,000.00 | | $65,000.00 | FA |
| 11 | parcel 17380-1 Vanhorn, TX | $4,000.00 | $0.00 | OA | $0.00 | FA |
| 12 | SunTrust account | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 13 | Clothing | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 14 | 1997 Lexus LX450 | $3,500.00 | $0.00 | OA | $0.00 | FA |
| 15 | 2000 Porche Boxter | $15,300.00 | $17,000.00 | | $17,000.00 | FA |
| 16 | Parcel # 2966-589-5 (u) Clinton Raymond Rd [Hinds County], MS | $2,000.00 | $7,844.39 | OA | $0.00 | FA |
| **Asset Notes:** | taxes owed of $255.61 as of 2014 | | | | | |
| 17 | 2.18 acres Rankin Co, MS (u) PPIN 074315 jointly owned with 2 others | $8,000.00 | $8,000.00 | OA | $0.00 | FA |
| 18 | 5 acres on Hwy 468 (u) Rankin County, MS | $80,000.00 | $80,000.00 | OA | $0.00 | FA |
| **Asset Notes:** | Ms. Bryant inherited land | | | | | |
| 19 | counter-claim against Ville de Vista HOA (u) | $5,000.00 | $5,000.00 | | $4,000.00 | FA |
| **Asset Notes:** | settlement approved by DN 377 | | | | | |
| 20 | Blooming Magnolia BB&T checking account (u) | $25.92 | $25.92 | | $0.00 | FA |
| 21 | Faithrollers Investors Checking (u) | $2,165.09 | $2,165.09 | | $0.00 | FA |
| 22 | personal account at Regions Bank (u) | $210.93 | $210.93 | | $0.00 | FA |
| 23 | Rapheka BB&T Account (u) | $249.55 | $249.55 | | $0.00 | FA |
| 24 | Dining room table, 4 sofas, three beds, appliances, lighting & window treatments (u) | $4,000.00 | $0.00 | | $0.00 | FA |
| 25 | jewelry at pawn shop Chapes JPL (u) | $4,000.00 | $1,300.00 | | $0.00 | FA |
| 26 | possible refund for unfiled income taxes (u) | Unknown | $300.00 | | $0.00 | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3        Exhibit 8

| | |
|---|---|
| **Case No.:** <u>12-56193-SMS</u> | **Trustee Name:** <u>Jason L. Pettie</u> |
| **Case Name:** <u>BRYANT, JENNIFER LAVETTE</u> | **Date Filed (f) or Converted (c):** <u>03/06/2012 (f)</u> |
| **For the Period Ending:** <u>10/17/2019</u> | **§341(a) Meeting Date:** <u>04/13/2012</u> |
| | **Claims Bar Date:** <u>03/01/2013</u> |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 27 | devisee in will of Booker & Ruth Bryant          (u) | Unknown | $0.00 | | $0.00 | FA |
| 28 | 531 Raymond Rd<br>Jackson [Hinds Co] MS  39204<br>Parcel # 213-68 | $5,000.00 | $5,000.00 | OA | $0.00 | FA |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $1,239,851.49 | $208,629.05 | | $86,000.00 | $0.00 |

**Major Activities affecting case closing:**

follow up with realtor regarding progress in selling lots in Mississippi.  Some lots appear to have little to no interest.  Consult realtor regarding which ones to focus on and which ones to

abandon in order to close case

Trustee has been working with realtor to sell debtor's unexempt and unencumbered real estate.  Court also approved settlement of a state court counterclaim.  Once Trustee has finished

liquidating real estate, Trustee will be ready to move to the claims and distribution process.

land:  employ realtor to sell properties in MS

Follow up with realtor about selling properties in MS

may be able to sell rental property

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | <u>06/30/2013</u> | **Current Projected Date Of Final Report (TFR):** | <u>10/30/2018</u> |

/s/ JASON L. PETTIE

JASON L. PETTIE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 12-56193-SMS | | Trustee Name: | Jason L. Pettie | |
| Case Name: | BRYANT, JENNIFER LAVETTE | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***7477 | | Checking Acct #: | ******6193 | |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | |
| For Period Beginning: | 3/6/2012 | | Blanket bond (per case limit): | $40,160,000.00 | |
| For Period Ending: | 10/17/2019 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 07/25/2014 | | JENNIFER BRYANT | payment from vehicle sold at auction pursuant to Order entered 2/4/13 (Doc. No. 77) | * | $15,300.00 | | $15,300.00 |
| | {15} | | $17,000.00 | 1129-000 | | | $15,300.00 |
| | | | Julien's Entertainment (employment approved by DN 80) $(1,700.00) | 6610-000 | | | $15,300.00 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.38 | $15,297.62 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.67 | $15,272.95 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.83 | $15,249.12 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.59 | $15,224.53 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.76 | $15,200.77 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.51 | $15,176.26 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.47 | $15,151.79 |
| 02/28/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.07 | $15,129.72 |
| 03/02/2015 | 3001 | International Sureties, Ltd | Blanket Bond premium payment 2015 | 2300-000 | | $9.66 | $15,120.06 |
| 03/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.39 | $15,095.67 |
| 04/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.56 | $15,072.11 |
| 05/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.31 | $15,047.80 |
| 06/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.48 | $15,024.32 |
| 07/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.23 | $15,000.09 |
| 08/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.19 | $14,975.90 |
| 09/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.37 | $14,952.53 |
| 10/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.11 | $14,928.42 |
| 11/30/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.30 | $14,905.12 |
| 12/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.04 | $14,881.08 |
| 01/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.00 | $14,857.08 |
| 02/29/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.41 | $14,834.67 |
| 03/02/2016 | 3002 | International Sureties, Ltd | Bond Payment | 2300-000 | | $10.99 | $14,823.68 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.91 | $14,799.77 |
| | | | **SUBTOTALS** | | $15,300.00 | $500.23 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 12-56193-SMS | Trustee Name: | Jason L. Pettie |
| Case Name: | BRYANT, JENNIFER LAVETTE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7477 | Checking Acct #: | ******6193 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/6/2012 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 10/17/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.10 | $14,776.67 |
| 05/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.83 | $14,752.84 |
| 06/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.02 | $14,729.82 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.75 | $14,706.07 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $23.72 | $14,682.35 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $22.91 | $14,659.44 |
| 10/07/2016 | | Young Wells Williams PA | payment for sale of property pursuant to Order entered 10/3/16 (DN 376), report of sale filed 10/12/16 (DN 380) | * | $52,456.17 | | $67,115.61 |
| | {10} | | $65,000.00 | 1110-000 | | | $67,115.61 |
| | | | Seller Credit toward closing costs     $(2,416.50) | 2500-000 | | | $67,115.61 |
| | | | County taxes (pro-rated for 2016)     $(764.10) | 2820-000 | | | $67,115.61 |
| | | | real estate commission     $(6,500.00) | 3510-000 | | | $67,115.61 |
| | | | 2014 & 2015 County Ad Valorem taxes     $(2,713.23) | 2820-000 | | | $67,115.61 |
| | | | Waste Management Invoice from County     $(150.00) | 2990-000 | | | $67,115.61 |
| 10/18/2016 | (19) | Ville de Vista HOA | payment to settle counterclaim, approved by Order entered 10/3/16 (DN 377) | 1249-000 | $4,000.00 | | $71,115.61 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $80.73 | $71,034.88 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $110.87 | $70,924.01 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.39 | $70,809.62 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $114.21 | $70,695.41 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.00 | $70,592.41 |
| 03/17/2017 | 3003 | International Sureties, Ltd | Bond Payment | 2300-000 | | $67.66 | $70,524.75 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $113.82 | $70,410.93 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $109.90 | $70,301.03 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.43 | $70,196.60 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.91 | $70,095.69 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $104.13 | $69,991.56 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.97 | $69,887.59 |
| | | | **SUBTOTALS** | | $56,456.17 | $1,368.35 | |

**FORM 2**

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| Case No. | 12-56193-SMS | | Trustee Name: | Jason L. Pettie | |
| Case Name: | BRYANT, JENNIFER LAVETTE | | Bank Name: | Independent Bank | |
| Primary Taxpayer ID #: | **-***7477 | | Checking Acct #: | ******6193 | |
| Co-Debtor Taxpayer ID #: | | | Account Title: | | |
| For Period Beginning: | 3/6/2012 | | Blanket bond (per case limit): | $40,160,000.00 | |
| For Period Ending: | 10/17/2019 | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.47 | $69,787.12 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.67 | $69,683.45 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $100.17 | $69,583.28 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.37 | $69,479.91 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $103.21 | $69,376.70 |
| 02/27/2018 | 3004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $39.35 | $69,337.35 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $93.09 | $69,244.26 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.87 | $69,141.39 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.39 | $69,042.00 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.56 | $68,939.44 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $99.10 | $68,840.34 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $102.26 | $68,738.08 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $16.47 | $68,721.61 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($16.47) | $68,738.08 |
| 05/14/2019 | 3005 | Jason L. Pettie | Trustee Expenses | 2200-000 | | $34.00 | $68,704.08 |
| 05/14/2019 | 3006 | Jason L. Pettie | Trustee Compensation | 2100-000 | | $6,218.63 | $62,485.45 |
| 05/14/2019 | 3007 | Stonebridge Accounting & Forensics LLC | Claim #: ; Amount Claimed: 2,815.50; Amount Allowed: 2,815.50; Dividend: 4.09; | 3410-000 | | $2,815.50 | $59,669.95 |
| 05/14/2019 | 3008 | Clerk U.S. Bankruptcy Court | Claim #: ; Amount Claimed: 293.00; Amount Allowed: 293.00; Dividend: 0.42; | 2700-000 | | $293.00 | $59,376.95 |
| 05/14/2019 | 3009 | Jason L. Pettie, P.C. | Claim #: ; Amount Claimed: 1,650.00; Amount Allowed: 1,650.00; Dividend: 2.40; | 3110-000 | | $1,650.00 | $57,726.95 |
| 05/14/2019 | 3010 | Stonebridge Accounting & Forensics LLC | Claim #: ; Amount Claimed: 81.33; Amount Allowed: 81.33; Dividend: 0.11; | 3420-000 | | $81.33 | $57,645.62 |
| 05/14/2019 | 3011 | Atwood Law Firm PC | Claim #: ; Amount Claimed: 1,425.00; Amount Allowed: 1,425.00; Dividend: 2.07; | 6210-600 | | $1,425.00 | $56,220.62 |
| 05/14/2019 | 3012 | JENNIFER LAVETTE BRYANT | Claim #: ; Amount Claimed: 26,627.44; Amount Allowed: 26,627.44; Dividend: 38.73; | 8200-002 | | $26,627.44 | $29,593.18 |
| | | | **SUBTOTALS** | | $0.00 | $40,294.41 | |

Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 12-56193-SMS | |
| Case Name: | BRYANT, JENNIFER LAVETTE | |
| Primary Taxpayer ID #: | **-***7477 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/6/2012 | |
| For Period Ending: | 10/17/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Jason L. Pettie | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******6193 | |
| Account Title: | | |
| Blanket bond (per case limit): | $40,160,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/14/2019 | 3013 | INTERNAL REVENUE SERVICE | Claim #: 2; Amount Claimed: 6,101.30; Amount Allowed: 6,101.30; Dividend: 8.98; | * | | $6,178.99 | $23,414.19 |
| | | | Claim Amount $(6,101.30) | 5800-000 | | | $23,414.19 |
| | | | Interest $(77.69) | 7990-000 | | | $23,414.19 |
| 05/14/2019 | 3014 | The Habersham of Buckhead Unit | Claim #: 4; Amount Claimed: 3,961.38; Amount Allowed: 3,711.38; Dividend: 5.46; | * | | $3,758.64 | $19,655.55 |
| | | | Claim Amount $(3,711.38) | 7100-000 | | | $19,655.55 |
| | | | Interest $(47.26) | 7990-000 | | | $19,655.55 |
| 05/14/2019 | 3015 | Vine Solutions Realty, LLC | Claim #: 5; Amount Claimed: 1,175.00; Amount Allowed: 1,000.00; Dividend: 1.47; | * | | $1,012.73 | $18,642.82 |
| | | | Claim Amount $(1,000.00) | 7100-000 | | | $18,642.82 |
| | | | Interest $(12.73) | 7990-000 | | | $18,642.82 |
| 05/14/2019 | 3016 | The Oaks at Buckhead Condominium Assoc., Inc. | Claim #: 6; Amount Claimed: 8,014.41; Amount Allowed: 7,764.41; Dividend: 11.43; | * | | $7,863.28 | $10,779.54 |
| | | | Claim Amount $(7,764.41) | 7100-000 | | | $10,779.54 |
| | | | Interest $(98.87) | 7990-000 | | | $10,779.54 |
| 05/14/2019 | 3017 | Atlantic 17th Residential | Claim #: 10; Amount Claimed: 22,670.36; Amount Allowed: 10,000.00; Dividend: 14.73; | * | | $10,127.33 | $652.21 |
| | | | Claim Amount $(10,000.00) | 7200-000 | | | $652.21 |
| | | | Interest $(127.33) | 7990-000 | | | $652.21 |
| 05/14/2019 | 3018 | Office of the United States Trustee | Claim #: 12; Amount Claimed: 652.21; Amount Allowed: 652.21; Dividend: 0.94; | 2950-000 | | $652.21 | $0.00 |
| 08/27/2019 | 3017 | STOP PAYMENT: Atlantic 17th Residential | Claim #: 10; Amount Claimed: 22,670.36; Amount Allowed: 10,000.00; Dividend: 14.73; | * | | ($10,127.33) | $10,127.33 |
| | | | Claim Amount $10,000.00 | 7200-004 | | | $10,127.33 |
| | | | Interest $127.33 | 7990-004 | | | $10,127.33 |
| 08/27/2019 | 3012 | STOP PAYMENT: JENNIFER LAVETTE BRYANT | Claim #: ; Amount Claimed: 26,627.44; Amount Allowed: 26,627.44; Dividend: 38.73; | 8200-004 | | ($26,627.44) | $36,754.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $0.00 | ($7,161.59) | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No.: | 12-56193-SMS | |
| Case Name: | BRYANT, JENNIFER LAVETTE | |
| Primary Taxpayer ID #: | **-***7477 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/6/2012 | |
| For Period Ending: | 10/17/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Jason L. Pettie | |
| Bank Name: | Independent Bank | |
| Checking Acct #: | ******6193 | |
| Account Title: | | |
| Blanket bond (per case limit): | $40,160,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2019 | 3019 | Atlantic 17th Residential Condo Association, Inc. | Claim #: 10; Amount Claimed: 22,670.36; Amount Allowed: 10,000.00; Dividend: 14.73; | * | | $10,127.33 | $26,627.44 |
| | | | Claim Amount $(10,000.00) | 7200-000 | | | $26,627.44 |
| | | | Interest $(127.33) | 7990-000 | | | $26,627.44 |
| 08/27/2019 | 3020 | JENNIFER LAVETTE BRYANT | Claim #: ; Amount Claimed: 26,627.44; Amount Allowed: 26,627.44; Dividend: 38.73; | 8200-002 | | $26,627.44 | $0.00 |
| 10/01/2019 | 3020 | VOID: CLERK, U.S. BANKRUPTCY COURT | | 8200-003 | | ($26,627.44) | $26,627.44 |
| 10/01/2019 | 3021 | CLERK, U.S. BANKRUPTCY COURT | Claim #: ; Amount Claimed: 26,627.44; Amount Allowed: 26,627.44; Dividend: 38.73; | 8200-001 | | $26,627.44 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $71,756.17 | $71,756.17 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $71,756.17 | $71,756.17 | |
| **Less: Payments to debtors** | $0.00 | $26,627.44 | |
| **Net** | $71,756.17 | $45,128.73 | |

| | | | |
|---|---|---|---|
| **For the period of 3/6/2012 to 10/17/2019** | | **For the entire history of the account between 07/25/2014 to 10/17/2019** | |
| Total Compensable Receipts: | $86,000.00 | Total Compensable Receipts: | $86,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,000.00 | Total Comp/Non Comp Receipts: | $86,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $32,745.12 | Total Compensable Disbursements: | $32,745.12 |
| Total Non-Compensable Disbursements: | $53,254.88 | Total Non-Compensable Disbursements: | $53,254.88 |
| Total Comp/Non Comp Disbursements: | $86,000.00 | Total Comp/Non Comp Disbursements: | $86,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6                Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 12-56193-SMS | |
| Case Name: | BRYANT, JENNIFER LAVETTE | |
| Primary Taxpayer ID #: | **-***7477 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/6/2012 | |
| For Period Ending: | 10/17/2019 | |

| | |
|---|---|
| Trustee Name: | Jason L. Pettie |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6193 |
| Account Title: | |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | $71,756.17 | $71,756.17 | $0.00 |

**For the period of 3/6/2012 to 10/17/2019**

| | |
|---|---|
| Total Compensable Receipts: | $86,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,745.12 |
| Total Non-Compensable Disbursements: | $53,254.88 |
| Total Comp/Non Comp Disbursements: | $86,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/06/2012 to 10/17/2019**

| | |
|---|---|
| Total Compensable Receipts: | $86,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $86,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,745.12 |
| Total Non-Compensable Disbursements: | $53,254.88 |
| Total Comp/Non Comp Disbursements: | $86,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JASON L. PETTIE

JASON L. PETTIE