## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: Debtor(s)<br>**Jennifer Lavette Bryant**<br>3475 Oak Valley Rd.<br>Ste 670<br>Atlanta, GA 30326<br><br>**xxx–xx–4503** | Case No.: **12–56193–sms**<br>Chapter: **7**<br>Judge: **Sage M. Sigler** |

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jason L. Pettie**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Sage M. Sigler
United States Bankruptcy Judge

Dated:   November 22, 2019
Form 183