PLEASE TYPE OR PRINT

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2019 DEC 31 PM 3:49

M. REGINA THOMAS
CLERK
By: Richard Smith
DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### Request for Change of Address

Case Name: Jennifer Lavette Bryant

Case No.: 12-56193    Chapter: 7

**Change of Address for:**
Debtor ☐  Creditor ☒  Attorney for Debtor ☐  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ☒

EFFECTIVE DATE OF CHANGE: December 31, 2019

Name: Jennifer Lavette Bryant
Prior Address: 3475 Oak Valley Road #670
Atlanta, Georgia 30326

*****************************************************************

New Address: Jennifer Lavette Bryant
PO Box 191431
Atlanta GA 31119

Change of Address Was Furnished By:  Debtor ☒  Creditor ☐  Attorney ☐

Date: 12/31/2019    Signature of Filer: [signature]
Telephone Number: 678-575-9042

**IF FILED BY ATTORNEY**

Attorney Name:
Bar ID:
Address:

Revised August 2012