**IT IS ORDERED as set forth below:**



**Date: March 16, 2023**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CASE NUMBER: |
| | : | |
| **JENNIFER LAVETTE BRYANT,** | : | **12-56193-SMS** |
| | : | |
| Debtor. | : | CHAPTER 7 |
| _____ | : | |

### ORDER DENYING PETITION FOR UNCLAIMED FUNDS

A Petition for Unclaimed Funds (the "Petition", Doc. 458) was filed by Jennifer Lavette Bryant (the "Debtor") on December 31, 2019.[1] The Petition seeks payment of unclaimed funds that were deposited by the Chapter 7 Trustee with the Clerk of Court on October 1, 2019 (Doc. 452).

The Petition is deficient in that it is merely a handwritten request for the unclaimed funds and fails to include an "affidavit or declaration under penalty of perjury from an authorized and knowledgeable representative of the applicant stating that the applicant still holds the debt, that it

---

[1] Typically, applications for unclaimed funds are processed within a few days or weeks. It is unclear what caused the delay in this case, but the Court became aware of the pending Petition only recently.

has not been paid or otherwise satisfied, and that the applicant is presently entitled to the unclaimed funds. *In re Applications for Unclaimed Funds*, 341 B.R. 65, 74 (Bankr. N.D. Ga. 2005) (Bonapfel, J.). Without such an affidavit, the Court cannot adequately perform its "duty to protect the original claimant's property interest by making sure that unclaimed funds are disbursed to their true owner," as required by 28 U.S.C. § 2042. *Id.* at 69.

To properly file a request for unclaimed funds, an applicant must: (1) file an Application for Payment of Unclaimed Funds including a notarized signature;[2] (2) complete Form AO-213P: Request for Payee Information and TIN Certification;[3] (3) complete the Form of Order for Payment of Unclaimed Funds;[4] and (4) file the application with the Court along with proof of identity (i.e., a copy of government issued identification), to sufficiently establish that the applicant is entitled to the unclaimed funds. These documents, and detailed instructions,[5] are available on the Court's website, www.ganb.uscourts.gov/unclaimed-funds, and are attached to this Order. Questions regarding unclaimed funds retrieval procedures may be directed to GANBFinance@ganb.uscourts.gov. Accordingly, it is

**ORDERED** that the Petition is **DENIED** without prejudice. The Debtor is directed to refile her Petition following the procedure explained above.

The Clerk of Court shall serve a copy of this Order on the Debtor, the Chapter 7 Trustee, and the United States Trustee.

**[END OF DOCUMENT]**

---

[2] Available at: https://www.ganb.uscourts.gov/sites/default/files/fillable_form_1340_application_unclaimed_funds.pdf

[3] Available at: https://www.uscourts.gov/file/26708/download

[4] Available at: https://www.ganb.uscourts.gov/sites/default/files/unclaimed_funds_order.pdf

[5] Available at: https://www.ganb.uscourts.gov/sites/default/files/instructions_application_unclaimed_funds.pdf

United States Bankruptcy Court
Northern District of Georgia

# Instructions for Filing Application for Payment of Unclaimed Funds
**(Effective August 22, 2022)**

Unclaimed funds are held by the court for an individual or entity who is entitled to the money but who has failed to claim ownership of it. The United States Courts, as custodians of such funds, have established policies and procedures for holding, safeguarding, and accounting for the funds.

## I. Searching Unclaimed Funds

To search unclaimed funds, use the Unclaimed Funds Locator at https://ucf.uscourts.gov/. Select GANB – Northern District of Georgia from the dropdown list and enter the applicable search criteria. If you need access to a computer to perform the search, you may use the court's public computer terminal(s) located in the Intake lobby in each divisional office. Additionally, you may contact the Clerk's office via email GANBFinance@ganb.uscourts.gov to verify unclaimed funds balances.

## II. Filing Requirements for Payment of Unclaimed Funds

### a. Application for Payment of Unclaimed Funds

Any party who seeks the payment of unclaimed funds must file an Application for Payment of Unclaimed Funds in substantial conformance with the court's standard application form and serve a copy of the application on the United States Attorney for the Northern District of Georgia. For purposes of this procedure, the "Applicant" is the party filing the application, and the "Claimant" is the party entitled to the unclaimed funds. The Applicant and Claimant may be the same.

### b. Supporting Documentation

1. Payee Information

Funds are payable to the Claimant. In conjunction with the Application for Payment of Unclaimed Funds, Claimant's tax identification number (TIN) must be provided to the court on a certification form signed by the Claimant to whom funds are being distributed.

    A. **Domestic Claimant**

A Claimant who is a U.S. person[1] must complete form AO 213P for Electronic Funds Transfer (EFT). Checks will not be issued.

---

[1] "U.S. person" includes: an individual who is a U.S. citizen or U.S. resident alien; a partnership, corporation, company or association created or organized in the U.S. or under the laws of the U.S.; an estate (other than a foreign estate); or a domestic trust (as defined in 26 C.F.R. 301.7701-7).

1

### B. Foreign Claimant

A foreign Claimant must use a W-8 certification form (accessible by searching on the IRS website at: https://www.irs.gov/) accompanied by the AO-215 form.

If you have problems completing a form, please contact the Clerk's office via email GANBFinance@ganb.uscourts.gov.

## 2. Additional Supporting Documentation

Requirements for additional supporting documentation vary depending on the type of Claimant and whether the Claimant is represented. Please read the instructions below to identify what must accompany your Application for Payment of Unclaimed Funds.

Sufficient documentation must be provided to the court to establish the Claimant's identity and entitlement to the funds. Proof of identify must be provided in unredacted form with a current address. If there are joint Claimants, then supporting documentation must be provided for both Claimants.

### A. Owner of Record

The Owner of Record is the original payee entitled to the funds appearing on the records of the court. If the Claimant is the Owner of Record, the following additional documentation is required:

  **i. Owner of Record - Individual**
  a. Proof of identity of the Owner of Record (*e.g.,* unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes current address); and
  b. A notarized signature of the Owner of Record (incorporated in application).

  **ii. Owner of Record - Business or Government Entity**
  a. Application must be signed by an authorized representative for and on behalf of the business or government entity;
  b. A notarized statement of the signing representative's authority; and
  c. Proof of identity of the signing representative (*e.g.,* unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes current address).

  If the Owner of Record's name has changed since the funds have been deposited with the court, then proof of the name change must be provided.

### B. <u>Successor Claimant</u>

A successor Claimant may be entitled to the unclaimed funds as a result of assignment, purchase, merger, acquisition, succession or by other means. If the Claimant is a successor to the original Owner of Record, the following documentation is required:

**i. Successor Claimant - Individual**
a. Proof of identity of the successor Claimant (*e.g.,* unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes current address);
b. A notarized signature of the successor Claimant (incorporated in application); and
c. Documentation sufficient to establish chain of ownership or the transfer of claim from the original Owner of Record.

**ii. Successor Claimant – Business or Government Entity**
a. Application must be signed by an authorized representative for and on behalf of the successor entity;
b. A notarized statement of the signing representative's authority;
c. A notarized power of attorney signed by an authorized representative of the successor entity;
d. Proof of identity of the signing representative (*e.g.,* unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes current address); and
e. Documentation sufficient to establish chain of ownership or the transfer of claim from the original Owner of Record.

**iii. Deceased Claimant's Estate**
a. Proof of identity of the estate representative (*e.g.,* unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes current address);
b. Certified copies of probate documents or other documents authorizing the representative to act on behalf of the decedent or decedent's estate in accordance with applicable state law (*e.g.,* small estate affidavit); and
c. Documentation sufficient to establish the deceased Claimant's identity and entitlement to the funds.

### C. <u>Claimant Representative</u>

If the Applicant is Claimant's attorney or other representative, the following documentation is required:

i. Proof of identity of the representative (*e.g.,* unredacted copy of driver's license, other state-issued identification card, or U.S. passport that includes current address);
ii. A notarized power of attorney signed by the Claimant (or Claimant's authorized representative) on whose behalf the representative is acting; and

   iii. Documentation sufficient to establish the Claimant's identity and entitlement to the funds, as set forth above.

**c. Filing the Application**

The application, supporting documentation, and proposed order must be mailed to the court at the following address:

> U.S. Bankruptcy Court
> Northern District of Georgia
> 1340 Richard B. Russell Federal Building and United States Courthouse
> 75 Ted Turner Drive, SW
> Atlanta, GA  30303

**d. U.S. Bankruptcy Judges for the Northern District of Georgia and initials:**

Chief Judge Wendy L. Hagenau (wlh)
Judge Paul W. Bonapfel (pwb)
Judge James R. Sacca (jrs)
Judge Barbara Ellis-Monro (bem)
Judge Paul M. Baisier (pmb)
Judge Lisa Ritchey Craig (lrc)
Judge Jeffery W. Cavender (jwc)
Judge Sage M. Sigler (sms)

**III. Links**

Application for Payment of Unclaimed Funds

AO-213P

W-8 (accessible by searching on the IRS website at: https://www.irs.gov)

AO 215

| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | _____<br>First Name    Middle Name    Last Name |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name |
| **United States Bankruptcy Court for the Northern District of Georgia** | |
| **Case number**: | |

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information**

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | |
|---|---|
| Claimant's Name: | |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐    Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐    Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐    Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐    Applicant is a representative of the deceased Claimant's estate.

**3. Supporting Documentation**

☐    Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☐ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Georgia
Richard B. Russell Federal Building and United States Courthouse
Suite 600
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Applicant<br><br>_____<br>Printed Name of Applicant<br><br>Address:<br><br><br>Telephone:  _____<br><br>Email:         _____ | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br><br>Telephone:  _____<br><br>Email:         _____ |
| **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)        Notary Public _____<br><br>My commission expires: | **6. Notarization**<br>STATE OF _____<br><br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)        Notary Public _____<br><br>My commission expires: |

AO 213P  (Rev. 8/22)

# REQUEST FOR PAYEE INFORMATION AND TIN CERTIFICATION

**Refer to the instructions page for further information on completing this form. Vendors providing goods and services must use the AO 213 form.**

*Note: Typed forms and forms that include a populated Type of Payee may result in more efficient and precise processing. **For handwritten forms, please see the General Instructions for the list of options for the Type of Payee, Refund recipient only. Is the refund over $200?, and Part 4 - U.S. Tax Classification, and Part 6 - Account Type drop down menus.*

**\*\*Type of Payee**                                                                  **Refund recipient only. Is the refund over $200?**

**Part 1  Payee Information**
Line 1.     Payee Name:
Line 2.     Additional payee information: *(if applicable)*

**Part 2  Business Name** *(if different from above)*

**Part 3  Enter *only one* TIN in the appropriate box.** The TIN provided must match the name given in Part 1, Line 1.
     **EIN:**          -                              *or*     **SSN:**            -         -

**Part 4  \*\*Select the appropriate U.S. tax classification for person or entity listed in Part 1, Line 1.**

**Part 5  Mailing Address** *(where payments, orders, and IRS 1099 forms, as applicable, will be sent)*
Street Address:
City:                                                                State:           Zip code:
Point of Contact *(if different from above)*:
Name:                                                                        Phone #**:**
Email:

**Part 6  Electronic Funds Transfer (EFT) Information (OPTIONAL)**
Owner(s) name appearing on bank account:
Bank Name:
**\*\*Select an Account Type:**                    Routing # (9 digits):
Account number *(do not include check number)*

**Part 7  Certification**

**Under penalties of perjury, I certify that:**

1.  The number shown on this form is my correct taxpayer identification number; and
2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3.  I am a U.S. citizen or other U.S. person (defined in the instructions).

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Signature:                                                                                        Date:

*Sensitive information must be securely maintained and only visible to designated staff.*

Page 1 of 3

# General Instructions

**Purpose of the AO 213P**: The Judiciary utilizes the AO 213P to collect information necessary to facilitate payment. For many payments, the Judiciary is required to file an information return (e.g., 1099-MISC; 1099-NEC; 1099-INT) with the IRS and, therefore, must obtain payees' correct names and associated TINs to do so. If a TIN is not provided, a payee may be subject to backup withholding – situations where the Judiciary must withhold a certain percentage to ensure the IRS receives any tax due on the payment.

Payments disbursed by the Treasury on the Judiciary's behalf must collect payee TINs to comply with the Treasury's TIN Policy.

Payee TINs, obtained through this form, may be used by the government to collect and report on any delinquent amounts arising out of the payee's relationship with the government.

**\*\*Type of Payee:** Select the option from the Payee Type drop down menu that most accurately reflects current business operations or type of individual requesting payment from the Judiciary.

The following are the available choices for this drop down menu:

- Business Entity
- Other
- Refund Recipient
- Unclaimed Fund Claimant
- Unclaimed Funds Trustee

**\*\*Refund recipient only. Is the refund over $200?**

- Yes
- No

**Part 1, Line 1**

Do not leave this line blank. Enter only one name for you or your entity. The name should match the name on your or your entity's U.S. tax return.

| Name or Entity | Instructions |
|---|---|
| Individual | Enter the name shown on your U.S. tax return. If you have changed your last name without informing the Social Security Administration of the name change, enter your first name, the last name as shown on your social security card, and your new last name. For Individual Taxpayer Identification Number (ITIN) applicants, enter your name as it was entered on your IRS Form W-7 application, line 1a. |
| Sole proprietor or Single member LLC | Enter the name shown on IRS 1040/1040A/1040EZ. You may enter your business name or "doing business as" (DBA) name in Part 2, as applicable. |
| Partnership, LLCs, or Corporations (except Single-member LLCs) | Enter entity name as shown on the entity's U.S. tax return in Part 1. You may enter your business name or "doing business as" (DBA) name in Part 2, as applicable. |
| Other entities (e.g., trusts, non-profit entities, government agencies) | Enter entity name in Part 1 as shown on required U.S. tax documents which matches the entity shown on the charter or legal document creating the entity, as applicable. |

**Part 1, Line 2**

If this form is being completed so that a Treasury check may be issued payable to more than one person or entity, or if an EFT payment will be issued to an account owned jointly, enter in Part 1, Line 1 the name of the person or entity whose TIN you entered in Part 3. Additional names (e.g., "and" or "or") or additional information for U.S. Treasury check payments (e.g., "care of") must be entered in Part 1, Line 2.

| If payments is to be made by... | Then, enter the following... |
|---|---|
| EFT to Payee 1 AND Payee 2, co-owners of a joint account | Payee 1's name in Part 1, Line 1; Payee 2's name in Part 1, Line 2; Payee 1's TIN in Part 3. |
| A Treasury check made payable to Payee 1, Payee 2, AND Payee 3 | Payee 1's name in Part 1, Line 1; Payee 2's name AND Payee 3's name in Part 1, Line 2; Payee 1's TIN in Part 3. |
| A Treasury check made payable to Payee 1, Payee 2 OR Payee 3 | Payee 1's name in Part 1, Line 1; Payee 2's name OR Payee 3's name in Part 1, Line 2; Payee 1's TIN in Part 3. |
| A Treasury check made payable to Payee 1, CARE OF (c/o) Power of Attorney | Payee 1's name in Part 1, Line 1; C/O Power of Attorney name in Part 1, Line 2; Payee 1's TIN in Part 3. |

**Part 2**

If you have a business or DBA name, you may enter it in Part 2.

**Part 3**

Enter your or your entity's TIN in the appropriate box. The TIN must be the TIN associated with person or entity listed in Part 1, Line 1. If you are not a resident alien and do not have - and are not eligible to get - an SSN, your TIN is your ITIN. Enter it in the social security number box. If you are a sole proprietor and have an EIN, you may enter either your SSN or EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

### Part 4

**\*\*U.S Tax Classification:** Select the appropriate box in Part 4 for the U.S. tax classification of the person or the entity's whose name is entered in Part 1. The following are the available choices for this drop down menu:

- Individual
- C Corporation
- S Corporation
- Single member LLC
- Government Entity (fed, state, local)
- LLC - C Corp
- LLC - S Corp
- LLC - Partnership
- Partnership
- Trust/Estate
- Non-Profit Organization
- Attorney or Law Firm (including LLCs and corporations)

### Part 5

Enter your address (number, street, and apartment or suite number). This is where your paper Treasury check and any information returns (e.g., 1099-MISC; 1099-NEC; 1099-INT), if applicable, will be mailed. A point-of-contact (POC), email, and phone number may be entered, if desired. A POC must be entered should the POC differ from the entity or individual in Part 1, Line 1.

### Part 6

The Routing Number must be nine digits. If you are unsure of your banking information, consult your financial institution.
**\*\*Account Type:** You must identify your account as either checking or savings to ensure our payment is accepted by your financial institution. The following are the available choices for this drop down menu:

- Checking
- Savings

### Part 7

You must cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

For item 3, you are considered a U.S. person, for federal tax purposes, if you are:

- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in, or under the laws of, the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in 26 CFR 301.7701-7).

   For a joint account EFT payment or a joint payment by a Treasury check, only the person whose TIN is shown in Part 3 should sign.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

In re:                                                   )        Case No.
                                                         )
          *Debtor(s)*                                    )        Chapter

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application was filed for the Claimant(s),_____,
for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds: accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____ held in unclaimed funds be made payable to _____

and be disbursed to the payee at the following address:

_____.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

This _____ of _____, 20____.

_____
United States Bankruptcy Judge

Order prepared:

_____
Name and State Bar No.
_____
_____
Counsel for _____

**Attach a Distribution List as required by BLR 9013-2.**